IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  
AMEER SHADEED HARLEY

CASE NO.: 23-40049-KKS

Debtor.

CHAPTER 7

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

    The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

    The dividend checks were mailed to creditors on July 22, 2024. If checks are not cashed within 90 days by the creditors, all remaining funds will be deposited into the registry of the Court pursuant to F.R.B.P. 3009.

Dated: July 22, 2024

/s/ Theresa M. Bender
Theresa M. Bender, Trustee
Chapter 7 Trustee
P.O. Box 14557
Tallahassee, FL 32317
PH: (850) 205-7777
FL. Bar #0749486

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit A

Case No. 23-40049
Case Name: AMEER SHADEED HARLEY
Trustee Name: Theresa M. Bender

**Balance on hand:** $ 2,627.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,627.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Theresa M. Bender | 669.44 | 0.00 | 669.44 |
| Trustee, Expenses - Theresa M. Bender | 336.82 | 0.00 | 336.82 |

Total to be paid for chapter 7 administrative expenses: $ 1,006.26
Remaining balance: $ 1,621.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,621.50

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

| | | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---:|
| | | Remaining balance: | $ | 1,621.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,845.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | CREDIT FIRST NA | 1,930.98 | 0.00 | 150.20 |
| 2 | COMCAST | 511.77 | 0.00 | 39.81 |
| 3 | Quantum3 Group LLC as agent for | 1,026.08 | 0.00 | 79.82 |
| 4 | Quantum3 Group LLC as agent for | 509.33 | 0.00 | 39.62 |
| 5 | Central Credit Union of Florida | 10,251.55 | 0.00 | 797.43 |
| 6 | Central Credit Union of Florida | 20.88 | 0.00 | 1.62 |
| 7 | Easypay/Dvra | 1,400.73 | 0.00 | 108.96 |
| 8 | Navy Federal Credit Union | 587.42 | 0.00 | 45.69 |
| 9 | Navy Federal Credit Union | 780.55 | 0.00 | 60.72 |
| 10 | Capital One N.A. | 1,607.04 | 0.00 | 125.01 |
| 11 | MERRICK BANK | 157.00 | 0.00 | 12.21 |
| 12 | Digital Fed Credit Uni | 1,822.14 | 0.00 | 141.74 |
| 13 | JD Receivables | 240.00 | 0.00 | 18.67 |

| | Total to be paid for timely general unsecured claims: | $ | 1,621.50 |
|---|---|---|---:|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**